RECEIVED
FEB -6 REC'D
CLERK
U.S. DISTRICT COU...

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 FEB -6 PM 12:22
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
District of Nebraska

JUSTIN LINDBERG Sr.
    Plaintiff,

-v-

STATE OF NEBRASKA; DEPARTMENT OF HEALTH AND HUMAN SERVICES; JENNIFER WHITNEY, in her official and individual capacity; JODY JOHNSON, in her official and individual capacity; CHRISTINA PEARD, in her official and individual capacity; CELESTE HEAIVILIN, in her official and individual capacity; SUE HEIB, in her official and individual capacity; MIRANDA WAGNER, in her official and individual capacity; GRADY ERICKSON, in his official and individual capacity; JOHN RADEMACHER, in his official and individual capacity;
    Defendants.

Case No. 8:25cv50

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

STATE OF NEBRASAKA )
                                ) ss.
HALL COUNTY            )

I Justin Lindberg Sr., the plaintiff being first duly sworn on oath, deposes and states the following:

1. That the above-entitled action is a civil action pursuant to 42 U.S.C. § 1983
2. That I am the plaintiff in the above-entitled action
3. That because of my poverty, I am unable to pay the costs of these proceedings.
4. I am currently employed with Cleary Building Corp.

   Location: 4433 Juergen Rd, Grand Island, NE 68801

   My gross pay or wages are: $830.50, and my take-home pay or wages are: $656.43 per week.

5. Amount of money that I have in cash or in a checking or savings account: $4,000.00 (Tuition money)
6. Other Income. In the past 12 months, I have received income from the following sources:
   a) Business, profession, or other self-employment: No
   b) Rent payments, interest, or dividends: No
   c) Pension, annuity, or life insurance payments: No
   d) Disability, or worker's compensation payments: No
   e) Gifts or inheritance: No
   f) Any other sources: Yes

   I receive federal grants for college tuition in the Amount of $5,000.00

7. Any automobile, real estate, stock, bond, security, trust, jewelry, artwork, or other financial instrument or thing of value that I own, including any item of value held in someone else's name:
   a) Automobile: $unknown
8. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses:
   a) Rent: $850.00
   b) Utilities: $242.18
   c) Food: $450.00
   d) Auto Insurance: $178.48
9. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: None
10. Any debts or financial obligations: Yes I have an obligation to pay back student loans following graduation.

WHEREFORE, I believe I am entitled to redress sought and should be allowed to pursue this action In Forma Pauperis.

DATED this 3rd day of Febuary, 2025

Respectfully submitted,

JUSTIN LINDBERG, SR.
Plaintiff
By: JUSTIN LINDBERG
Pro se
By: /s/ JUSTIN LINDBERG
87453 502nd Ave
Page, Ne 68766